## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kenneth Depontes,                                                                 Civil No. 15-519 (DWF/JJK)

               Petitioner,

v.                                                                                **ORDER ADOPTING REPORT**
                                                                                     **AND RECOMMENDATION**

Denese Wilson, Warden,

               Respondent.

     The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated June 1, 2015.  (Doc. No. 13.)  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.

     Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

     1.     Magistrate Judge Jeffrey J. Keyes's June 1, 2015 Report and Recommendation (Doc. No. [13]) is **ADOPTED**.

2.	Petitioner Kenneth Depontes's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. No. [1]) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   July 1, 2015	s/Donovan W. Frank
	DONOVAN W. FRANK
	United States District Judge